**Order entered October 4, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00790-CR

### JEREMY WAYNE MILLS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 291st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F17-72093-U

## ORDER

Before the Court is court reporter Yolanda Atkins's request for an extension of time to file the reporter's record. We **GRANT** the request to the extent we **ORDER** the reporter's record filed within **THIRTY DAYS** of the date of this order. Ms. Atkins is cautioned that further extensions will be disfavored.

/s/      BILL PEDERSEN, III
         JUSTICE